UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2010-02
JANUARY 4, 2012 SESSION



UNITED STATES OF AMERICA

v.                                     CRIMINAL NO. 2:12-cr-00003
                                       21 U.S.C. § 841(a)(1)


CHRISTOPHER BRIAN FULTON


# I N D I C T M E N T

The Grand Jury Charges:

## COUNT ONE

On or about March 11, 2010, at or near Logan, Logan County, West Virginia, and within the Southern District of West Virginia, defendant CHRISTOPHER BRIAN FULTON knowingly and intentionally distributed a quantity of oxycodone, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO

On or about March 12, 2010, at or near Danville, Boone County, West Virginia, and within the Southern District of West Virginia, defendant CHRISTOPHER BRIAN FULTON knowingly and intentionally distributed a quantity of oxycodone, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE

On or about March 15, 2010, at or near Logan, Logan County, West Virginia, and within the Southern District of West Virginia, defendant CHRISTOPHER BRIAN FULTON knowingly and intentionally distributed a quantity of oxycodone, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FOUR

On or about March 17, 2010, at or near Danville, Boone County, West Virginia, and within the Southern District of West Virginia, defendant CHRISTOPHER BRIAN FULTON knowingly and intentionally distributed a quantity of oxycodone, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FIVE

On or about March 26, 2010, at or near Danville, Boone County, West Virginia, and within the Southern District of West Virginia, defendant CHRISTOPHER BRIAN FULTON knowingly and intentionally distributed a quantity of oxycodone, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

R. BOOTH GOODWIN II
United States Attorney

By: _____

JOHN J. FRAIL
Assistant United States Attorney